Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
David Shein (SBN 230870)
david@donigerlawfirm.com
603 Rose Avenue
Venice, California 90291
Telephone: (310) 590-1820

Attorneys for Plaintiff DESIGN COLLECTION, INC.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESIGN COLLECTION, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>BLOOMINGDALES, INC., a Delaware Corporation; NECESSARY OBJECT, LTD, a New York Corporation; and DOES 1 through 10, | Case No.: 2:18-cv-08728-RGK-RAO<br>*Hon. R. Gary Klausner Presiding*<br><br>**ORDER GRANTING STIPULATION TO DISMISS THE ACTION WITHOUT PREJUDICE [34]** |

- 1 -

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. This action be dismissed <u>without</u> prejudice; and
2. Each party is to bear its own costs and fees as incurred against one another in this action.

**IT IS SO ORDERED.**

Dated: August 29, 2019

*[signature: Gary Klausner]*

HON. R. GARY KLAUSNER
U.S. District Judge